# Exhibit 2

Infringement Claim Chart for U.S. Pat. No. US7256899B1 v. Planmeca USA Inc. ("Defendant")

| Claim 16 | Evidence |
|---|---|
| 16. A system for acquiring an approximation of a surface geometry of a 3-dimensional object comprising: | The Planmeca Emerald S 3D Scanner is a system for acquiring an approximation of a surface geometry of a 3-dimensional object.<br><br>For example, the Emerald S 3D Scanner is a 3D scanning device for measuring the three-dimensional shape of an object using projected light patterns and a camera system. The Emerald S 3D Scanner includes a scanner head that projects a series of light patterns (e.g. parallel stripes) onto the scan target. When light projects onto the object's surface, the patterns become distorted. The camera system captures these images and sends them for processing to a computer executing 3D scanning software.<br><br>**Compact intraoral scanner for capturing digital impressions**<br><br>Planmeca Emerald® S intraoral scanner offers a truly pleasant scanning experience for users and patients alike. Designed with premium usability in mind, the compact and lightweight scanner captures digital impressions quickly and accurately for a variety of workflows. Intraoral scanning has never been as easy!<br><br>Source: https://www.planmeca.com/cadcam/dental-scanning/planmeca-emerald-s/ |



Source: https://youtu.be/kh57Hk9o5F8?feature=shared



| | |
|---|---|
| | <br>Source: https://youtu.be/bX33LVAOg_k?feature=shared<br><br>Taking impressions digitally is much more convenient than traditional methods. The compact and ergonomic **Planmeca Emerald® S** intraoral scanner offers a particularly smooth and comfortable scanning experience for you and your patients. The scanner captures digital impressions efficiently, allowing a capable user to capture a full arch in well under a minute. Completed scans are stored in the **Planmeca Romexis®** software and immediately available for further use.<br><br>Source: https://www.planmeca.com/cadcam/dental-scanning/planmeca-emerald-s/ |
| means for establishing an object coordinate | The Planmeca Emerald S 3D Scanner includes means for establishing an object coordinate system in known relationship to the object. |

3

| | |
|---|---|
| system in known relationship to the object; | For example, the Emerald S 3D Scanner includes a computer to establish an object coordinate system using an image of the target object, having reference features thereon, and the position of the scanner head when the image was captured.<br><br><br><br><br>Source: https://youtu.be/bX33LVAOg_k?feature=shared |

|  |  |
|---|---|
|  | <br>Source: https://youtu.be/kh57Hk9o5F8?feature=shared<br><br>Source: https://youtu.be/bX33LVAOg_k?feature=shared |
| means for projecting a pattern of | The Planmeca Emerald S 3D Scanner includes means for projecting a pattern of structured light of known geometry onto the object. |

| | |
|---|---|
| structured light of known geometry onto the object; | For example, the Emerald S 3D scanner includes a light source (e.g. a blue light LED) that projects a series of light patterns (e.g. parallel stripes) onto the scan target.<br><br><br><br>Source: https://www.planmeca.com/cadcam/dental-scanning/planmeca-emerald-s/technical-specifications/<br><br>Source:  https://youtu.be/kh57Hk9o5F8?feature=shared |

|  |  Source: https://youtu.be/bX33LVAOg_k?feature=shared  Source: https://youtu.be/bX33LVAOg_k?feature=shared |
|---|---|
| means for forming an image of an intersection of the pattern of structured | The Planmeca Emerald S 3D Scanner includes means for forming an image of an intersection of the pattern of structured light with the object.<br><br>For example, the Emerald S 3D scanner includes a camera system. The camera |

7

| | |
|---|---|
| light with the object; | system includes an electro-optical image sensor (e.g. CMOS or CCD image sensor depending on the model) that captures the patterns of the light projected onto the target object.<br><br><br><br>Source: https://www.planmeca.com/cadcam/dental-scanning/planmeca-emerald-s/<br><br>Source: https://youtu.be/bX33LVAOg_k?feature=shared |

8

| | |
|---|---|
| | <br>Source: https://youtu.be/bX33LVAOg_k?feature=shared<br><br><br>Source:  https://youtu.be/kh57Hk9o5F8?feature=shared |
| processing means for generating a set of data characterizing | The Planmeca Emerald S 3D Scanner includes processing means for generating a set of data characterizing the intersection relative to a position of the pattern of light. |

9

| | |
|---|---|
| the intersection relative to a position of the pattern of light; | For example, the non-contact scanner includes an image processor for processing the images of light patterns captured by the camera system.<br><br>**Recommended PC system requirements**<br>**Computer** Laptop PC or desktop PC<br>**Processor** Intel i7, 11th generation or better<br>**RAM** 32 GB<br>**Hard disk** 512 GB SSD<br>**Graphics card** NVIDIA RTX A3000 or better<br>**Monitor** Full HD resolution<br>**Cable interface** USB 3<br>**Operating System** Windows 10 (64 bit) Pro<br><br>Source: https://www.planmeca.com/cadcam/dental-scanning/planmeca-emerald-s/technical-specifications/<br><br>Taking impressions digitally is much more convenient than traditional methods. The compact and ergonomic **Planmeca Emerald® S** intraoral scanner offers a particularly smooth and comfortable scanning experience for you and your patients. The scanner captures digital impressions efficiently, allowing a capable user to capture a full arch in well under a minute. Completed scans are stored in the **Planmeca Romexis®** software and immediately available for further use.<br><br>Source: https://www.planmeca.com/cadcam/dental-scanning/planmeca-emerald-s/ |
| transmitting means for transmitting some portion of the image or intersection data to a receiver; | The Planmeca Emerald S 3D Scanner includes transmitting means for transmitting some portion of the image or intersection data to a receiver.<br><br>For example, Emerald S 3D scanner includes a transmitter (e.g. wireless Bluetooth transmitter or wired USB transmitter, depending on the model) for transmitting data |

10

| | |
|---|---|
| | associated with the captured images to a processor system.<br><br>**Technical data**<br><br>**Integration** Integrated into a Planmeca dental unit or connected to a PC<br><br>**Data output** Scans of lower and upper arches in occlusion exported as open STL and PLY files<br><br>**Scanning options** True colour<br><br>**Scanning tip** 2 autoclavable scanning tip options: Standard and SlimLine. Autoclavable Cariosity tip for caries detection<br><br>**Anti-fogging technology** Actively heated tip: Guaranteed non-fogging operation when used intraorally<br><br>**Light source** Red, green, and blue lasers<br><br>**Scanning technology** Projected pattern triangulation<br><br>**Dimensions (scanner with tip)** 41 x 45 x 249 mm (1.6 x 1.8 x 9.9 in.)<br><br>**Weight (scanner with tip)** 229 g (8.1 oz)<br><br>**Cable interface** USB A type connection on the laptop end and USB C Type connection on the scanner end<br><br>All cables are designed to transmit data via USB 3.0<br><br>Source: https://www.planmeca.com/cadcam/dental-scanning/planmeca-emerald-s/technical-specifications/ |
| receiving means for receiving the transmitted processed intersection data; | The Planmeca Emerald S 3D scanner includes receiving means for receiving the transmitted processed intersection data.<br><br>For example, the Emerald S 3D scanner includes a receiver (e.g. wireless Bluetooth transmitter or wired USB transmitter) is used for receiving data associated with the |

11

| | |
|---|---|
| | captured images to provide the data to a computer for further processing.<br><br>**Technical data**<br><br>**Integration** Integrated into a Planmeca dental unit or connected to a PC<br>**Data output** Scans of lower and upper arches in occlusion exported as open STL and PLY files<br>**Scanning options** True colour<br>**Scanning tip** 2 autoclavable scanning tip options: Standard and SlimLine. Autoclavable Cariosity tip for caries detection<br>**Anti-fogging technology** Actively heated tip: Guaranteed non-fogging operation when used intraorally<br>**Light source** Red, green, and blue lasers<br>**Scanning technology** Projected pattern triangulation<br>**Dimensions (scanner with tip)** 41 x 45 x 249 mm (1.6 x 1.8 x 9.9 in.)<br>**Weight (scanner with tip)** 229 g (8.1 oz)<br>**Cable interface** USB A type connection on the laptop end and USB C Type connection on the scanner end<br>All cables are designed to transmit data via USB 3.0<br><br>Source: https://www.planmeca.com/cadcam/dental-scanning/planmeca-emerald-s/technical-specifications/ |
| tracking means for tracking the position of the projected pattern of structured light; | The Planmeca Emerald S Color 3D scanner includes tracking means for tracking the position of the projected pattern of structured light.<br><br>For example, the non-contact scanner includes a position indicator for indicating the position at which a light pattern image was captured in relation to the target object. |

12



Source: https://youtu.be/bX33LVAOg_k?feature=shared



Source: https://youtu.be/bX33LVAOg_k?feature=shared

13



Source: https://youtu.be/kh57Hk9o5F8?feature=shared

Taking impressions digitally is much more convenient than traditional methods. The compact and ergonomic **Planmeca Emerald® S** intraoral scanner offers a particularly smooth and comfortable scanning experience for you and your patients. The scanner captures digital impressions efficiently, allowing a capable user to capture a full arch in well under a minute. Completed scans are stored in the **Planmeca Romexis®** software and immediately available for further use.

Source: https://www.planmeca.com/cadcam/dental-scanning/planmeca-emerald-s/

| | |
|---|---|
| means for associating each intersection datum with the position of | The Planmeca Emerald S 3D scanner includes means for associating each intersection datum with the position of the projected pattern of light at the time the image corresponding to the datum was formed. |

| | |
|---|---|
| the projected pattern of light at the time the image corresponding to the datum was formed; | For example, a scanner tracking subsystem is used to track the position of the non-contact scanner as it is moved from an initial position to other positions to capture light pattern images from different locations around the target object.<br><br><br><br><br>Source: https://youtu.be/bX33LVAOg_k?feature=shared |
| transforming means for transforming each intersection datum into coordinates of the object coordinate system; and | The Planmeca Emerald S 3D scanner includes transforming means for transforming each intersection datum into coordinates of the object coordinate system.<br><br>For example, the computer calculates the X-Y-Z coordinate points of the entire surface geometry of the target object from the light pattern images as the light pattern shifts from the initial position. |

|  | |
|---|---|
| | Taking impressions digitally is much more convenient than traditional methods. The compact and ergonomic **Planmeca Emerald® S** intraoral scanner offers a particularly smooth and comfortable scanning experience for you and your patients. The scanner captures digital impressions efficiently, allowing a capable user to capture a full arch in well under a minute. Completed scans are stored in the **Planmeca Romexis®** software and immediately available for further use.<br><br>Source: https://www.planmeca.com/cadcam/dental-scanning/planmeca-emerald-s/<br><br><br><br>Source: https://youtu.be/bX33LVAOg_k?feature=shared |
| accumulating means for accumulating the transformed coordinates to form a model approximating the surface geometry of the object. | The Planmeca Emerald S 3D scanner includes accumulating means for accumulating the transformed coordinates to form a model approximating the surface geometry of the object.<br><br>For example, the computer that executes algorithms to align every scan image automatically to create a highly accurate, complete 3D digital model of the object. |

16

**Recommended PC system requirements**

**Computer** Laptop PC or desktop PC

**Processor** Intel i7, 11th generation or better

**RAM** 32 GB

**Hard disk** 512 GB SSD

**Graphics card** NVIDIA RTX A3000 or better

**Monitor** Full HD resolution

**Cable interface** USB 3

**Operating System** Windows 10 (64 bit) Pro

Source: https://www.planmeca.com/cadcam/dental-scanning/planmeca-emerald-s/technical-specifications/

17



Source: https://youtu.be/bX33LVAOg_k?feature=shared

> Taking impressions digitally is much more convenient than traditional methods. The compact and ergonomic **Planmeca Emerald® S** intraoral scanner offers a particularly smooth and comfortable scanning experience for you and your patients. The scanner captures digital impressions efficiently, allowing a capable user to capture a full arch in well under a minute. Completed scans are stored in the **Planmeca Romexis®** software and immediately available for further use.

Source: https://www.planmeca.com/cadcam/dental-scanning/planmeca-emerald-s/

18



Source: https://www.planmeca.com/cadcam/dental-scanning/planmeca-emerald-s/technical-specifications/

Source: https://youtu.be/bX33LVAOg_k?feature=shared

19